1  MARILEE MARSHALL
   State Bar No. 101046
2  **MARILEE MARSHALL & ASSOCIATES, Inc.**
   Attorneys at Law
3  523 W. Sixth Street
   Suite 1109
4  Los Angeles, CA 90014

5  (213) 489-7715

6  Attorneys for Petitioner, SALVADOR MENDOZA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SALVADOR MENDOZA,** | Case No. 1:09-CV-00732-AWI-JLT |
| Petitioner, | |
| v. | ORDER GRANTING PETITIONER AN EXTENSION OF TIME TO FILE HIE REPLY TO THE RETURN |
| **KELLY HARRINGTON, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, the application is GRANTED. Petitioner shall have until February 24, 2010 in which to file Petitioner's Reply to Respondent's Return to Petition for Writ of Habeas Corpus. The Court's original Order dated July 17, 2009, otherwise remains in effect.

IT IS SO ORDERED.

Dated: **January 21, 2010**          /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE